AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Rothstein, Barbara J. | **2. Court or Organization** <br><br> US Courts | **3. Date of Report** <br><br> 08/10/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> US District Court Judge | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2011 <br> to <br> 12/31/2011 |
| **7. Chambers or Office Address** <br><br> US District Court <br> Washington, D.C. 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/15/2011 | West Group, Royalties | $4,000.00 |
| 2. 12/01/11 | Duke University, faculty compensation | $3,000.00 |
| 3. 06/02/11 | The Rutter Group, faculty compensation | $500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Medical Faculty Associates, Wages |
| 2. 2011 | Self Employed Consultant Fees |
| 3. 2011 | Required Minimum Distribution, Retirement Plan |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham University | January 24, 2011 | New York, NY | Speaker | Trnasportation, Lodging, Meals |
| 2. | Sedona Conference on Complex Litigation | April 7-8, 2011 | Del Mar, CA | Panel Participant | Lodging |
| 3. | International Judicial Academy | May 9-25, 2011 | China | Speaker | Transportation |
| 4. | The Rutter Group | June 1-2, 2011 | Seattle, WA | Speaker, Panel Participant | Transportation, Lodging, Meals |
| 5. | Sedona Conference | September 15-16 | Chicago, IL | Committee Participant | Transportation, Lodging, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rothstein, Barbara J. | 08/10/2012 |

| 6. | Duke University | October 3, October 17, November 7, November 14, November 21, November 28, 2011 | Durham, North Carolina | Adjunct Professor | Transportation |
|---|---|---|---|---|---|
| 7. | Avon Global Center Women & Justice Conference | October 18-24 | New Delhi, India | Panel Participant | Transportation |
| 8. | International Organization for Judicial Training | October 31-November 4, 2100 | Bordeaux, France | Speaker, Panel Participant | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. EQT Corporation | A | Dividend | K | T | | | | | |
| 4. Motorola Inc Common | | None | | | Closed | 01/10/11 | K | | |
| 5. Motorola Solutions Inc | A | Dividend | K | T | Spinoff (from line 4) | 01/10/11 | K | | |
| 6. Motorola Mobility Holdings | | None | J | T | Spinoff (from line 4) | 01/10/11 | J | | |
| 7. New York Muni Income | A | Interest | J | T | | | | | |
| 8. American Euro Pacific Growth Fnd C | A | Dividend | L | T | | | | | |
| 9. American New World Fnd C | A | Dividend | L | T | | | | | |
| 10. Vanguard Inter Term T/E Inv Cl | B | Dividend | L | T | | | | | |
| 11. US Bancorp Account | A | Interest | J | T | | | | | |
| 12. Capital One Bank | A | Interest | K | T | | | | | |
| 13. NA Properties Ltd Partnership | A | Interest | J | U | | | | | |
| 14. Rental House Redmond,WA (1999 $172,000) | E | Rent | M | R | | | | | |
| 15. New Horizon Capital III, LP | A | Interest | L | U | | | | | |
| 16. Rental Townhouse Strasburg, VA (2009 $135,000) | D | Rent | M | R | | | | | |
| 17. America Movil Ads | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank One Capital Trust VI | B | Interest | K | T | | | | | |
| 19. Elan Corp. Common | | None | K | T | | | | | |
| 20. Emulex Corp. Common | | None | J | T | | | | | |
| 21. Microsoft Corp. Common | C | Dividend | | | Sold | 08/03/11 | M | | |
| 22. 3M Company | B | Dividend | L | T | | | | | |
| 23. XCel Energy | A | Dividend | J | T | | | | | |
| 24. PPL Corp. | A | Dividend | J | T | | | | | |
| 25. Life Technologies Corp | | None | K | T | | | | | |
| 26. Costco Wholesale Corp. Common | A | Dividend | L | T | | | | | |
| 27. Western Asset HI Inc. | B | Dividend | K | T | | | | | |
| 28. Starbucks Common | D | Dividend | N | T | | | | | |
| 29. Telefonos De Mexico Common | B | Dividend | | | Sold | 11/22/11 | K | C | |
| 30. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |
| 31. Bancorpsouth Cap Tr. Preferred | B | Interest | K | T | | | | | |
| 32. Home Depot Inc. Common | B | Dividend | K | T | | | | | |
| 33. General Electric Co. Common | B | Dividend | K | T | | | | | |
| 34. Morgan Stanley Cap. Trust | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 36. Associated Bank | A | Interest | L | T | | | | | |
| 37. Deutsche Bank | | None | | | Closed | 03/15/11 | M | | |
| 38. BB&T Bank | A | Interest | M | T | Open | 03/15/11 | M | | |
| 39. East West Bank | A | Interest | M | T | | | | | |
| 40. Citizens Bank | A | Interest | M | T | | | | | |
| 41. CMS Energy | A | Dividend | J | T | | | | | |
| 42. Pioneer Floating Rate Trust (PHD) | B | Dividend | K | T | | | | | |
| 43. Eaton Vance Enhanced Equity Income Fund | B | Dividend | J | T | | | | | |
| 44. Eaton Vance Enhanced Equity Income Fd II | D | Interest | M | T | | | | | |
| 45. RMR RE Fund | A | Dividend | J | T | | | | | |
| 46. Dreyfus Premier Greater China Fund | | None | K | T | | | | | |
| 47. Eaton Vance Greater China Fund Cl A | A | Dividend | K | T | | | | | |
| 48. Visa Inc | A | Dividend | | | Sold | 08/03/11 | M | E | |
| 49. IBM | B | Dividend | | | Sold | 08/03/11 | M | F | |
| 50. NJF Dividend Interest Premium Strategy Fund | B | Dividend | K | T | | | | | |
| 51. Dell, Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ETrade Money Market Funds | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Rothstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544